UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ERROL FALCON, JR.**                                                   **CIVIL ACTION**

**VERSUS**                                                              **NO. 15-0789**

**ROBERT TANNER, WARDEN, RCC**                                          **SECTION "C"(4)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Errol Falcon, Jr.'s petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  2nd  day of _____October_____, 2015.


_____
**UNITED STATES DISTRICT JUDGE**